UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOUGLAS LONGHINI, Individually,

      Plaintiff,

vs.                                      Case No.: 1:21-cv-21516

PALMETTO 2150, LLC, a Florida
Limited Liability Company, and
CASCADA ORIENTAL, CORP., a
Florida Corporation,

      Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, as to all parties, a resolution of all matters in dispute, having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| **/s/John P. Fuller** | **/s/ Glenn L. Widom** |
| John P. Fuller, Esq. | Glenn L. Widom, Esq. |
| Fla. Bar No. 0276847 | Fla. Bar No. 24775 |
| Fuller, Fuller & Associates, P.A. | Glenn L. Widom, P.A. |
| 12000 Biscayne Boulevard. Suite 502 | 696 N.E. 125th Street |
| North Miami, FL 33181 | Miami, FL 33161 |
| Telephone: (305) 891-5199 | Telephone: (305) 663-8770 |
| Facsimile: (305) 893-9505 | Facsimile: (786) 206-3820 |
| jpf@fullerfuller.com | gwidom@gwidomlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Date: **October 22, 2021** | Date: **October 22, 2021** |